AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Voorhees, Richard L | 2. Court or Organization<br><br>USDC N.C. Western | 3. Date of Report<br><br>5/15/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>250 Federal Building<br>401 West Trade Street<br>Charlotte, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Executive Director, Glenn Foundation |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Foundation for Research on Economics and the Enviornment | June 17-22, 2003 "Can Technology Spare the Earth?" (Travel, Housing, Food and Tuition) |
| 2. | |
| 3. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Group IRA - Individual assets: | B | Dividend | L | T | | | | | |
| 2. a) Vanguard Windsor II | | | | | | | | | |
| 3. b) Vanguard Morgan Growth | | | | | | | | | |
| 4. c) Vanguard Wellington Fund | | | | | | | | | |
| 5. d) Capital Opportunity Fund | | | | | | | | | |
| 6. e) Strategic Equity formerly Aggressive Growth Fund | | | | | | | | | |
| 7. Wachovia Securties | | | | | | | | | |
| 8. a) Live Oak General MM Fund | A | Dividend | K | T | | | | | |
| 9. b) Agere Systems, Inc. | A | Dividend | J | T | | | | | |
| 10. c) Lucent Technologies | A | Dividend | J | T | | | | | |
| 11. d) Southtrust Corp. | A | Dividend | J | T | | | | | |
| 12. e) Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 13. f) Intel Corp. | A | Dividend | J | T | | | | | |
| 14. g) Worldcom, Inc. Ga. | A | Dividend | J | T | | | | | |
| 15. h) Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 16. i) Royal Bank of Canada | A | Dividend | J | T | | | | | |
| 17. j) Walt Disney Co. Holding Co. | A | Dividend | J | T | | | | | |
| 18. Vanguard Prime Portfolio VmmR | A | Dividend | J | T | | | | | |

1 Income-Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vanguard GNMA Fund | B | Dividend | K | T | Div reinv mo | | J | | Div. reinvestment |
| 20. Vanguard Wellington Fund | B | Dividend | K | T | | | J | | |
| 21. Vanguard Asset Allocation Fund | A | Dividend | K | T | | | J | | |
| 22. Wachovia, formerly First Union Nat. Bank | A | Interest | J | T | | | | | checking & savings accts |
| 23. Fidelity Cash Reserves | A | Dividend | J | T | buy monthly | | J | | |
| 24. Fidelity Equity-Income Fund | B | Dividend | L | T | Div Reinv Qt | | J | | |
| 25. Southern Company | A | Dividend | J | T | Div Reinv Qt | | J | | |
| 26. Mountain Federal Credit Union (checking and Savings accts) | A | Dividend | J | T | | | | | |
| 27. Rental Property -- Gastonia, NC Appraisal 2003 $68,000. | D | Rent | L | S | | | | | Appraisal per Gaston County |
| 28. Vanguard Prime VMMR Money Mkt Fund | A | Dividend | J | T | | | | | |
| 29. Vanguard International Growth Fund | A | Dividend | J | T | | | | | |
| 30. Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 31. Vanguard Morgan Growth Fund | A | Dividend | J | T | | | | | |
| 32. Wachovia Sec. IRA rollover--Indiv assets: | C | Dividend | M | T | | | | | |
| 33. a) John Hancock Regional Bank Fund | | | | | Div Reinv Qt | | J | | |
| 34. b) Bank of America Corp. | | | | | | | | | |
| 35. c) Dell Computer | | | | | | | | | |
| 36. d) Gillette Company | | | | | | | | | |

1 Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2 Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3 Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. e) McDonalds Corporation | | | | | | | | | |
| 38. f) Wal-Mart Stores | | | | | | | | | |
| 39. g) Worldcom, Inc GA. | | | | | | | | | |
| 40. h) Live Oak MM General Fund | B | Dividend | K | T | buy reinv mo | | J | | |
| 41. i) Citigroup, Inc. | | | | | | | | | |
| 42. j) Family Dollar Stores | | | | | | | | | |
| 43. k) Lowes Companies, Inc. | | | | | | | | | |
| 44. l) AOL-Time Warner Corp. | | | | | | | | | |
| 45. m) General Electric Co. | | | | | | | | | |
| 46. n) IBM | | | | | | | | | |
| 47. o) Microsoft | | | | | | | | | |
| 48. a) Vanguard Windsor II Rollover IRA | A | Dividend | K | T | | | | | |
| 49. b) Vanguard US Growth Rollover IRA | A | Dividend | J | T | sold | 7/03 | J | A | |
| 50. c) Vanguard Total Stock Market Index | A | Dividend | J | T | bought | 7/03 | J | A | |
| 51. d) Vanguard Wellington Rollover IRA | A | Dividend | K | T | | | | | |
| 52. Vanguard Total Stock Market Index | A | Dividend | J | T | bought | 7/03 | J | A | |
| 53. Touchstone Variable Annuity | B | Dividend | K | T | | | | | |
| 54. Touchstone Variable Annuity | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Bell South | A | Dividend | J | T | | | | | |
| 56. Wachovia Corporation | A | Dividend | J | T | Semi Annual | | J | A | non-employee compensation |
| 57. Bank of Asheville | A | Dividend | J | T | | | | | |
| 58. BB&T | A | Dividend | J | T | | | | | |
| 59. Nextel | A | Dividend | J | T | sold part | 11/12 | J | A | sold part Nov 12 and Dec 24 |
| 60. Royal Bank of Canada | A | Dividend | J | T | | | | | |
| 61. a) Vanguard Prime Money Mkt Rollover IRA | B | Dividend | L | T | Buy monthly | | | | dividend reinvestment |
| 62. b) Vanguard Wellington Fund Rollover IRA | A | Dividend | K | T | Buy monthly | | | | dividend reventment |

| 1. Income Gain Codes. | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | L = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa ▮▮▮▮▮▮▮▮▮▮▮▮                                  Date_  4-4-04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544